■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT JOHNSON, Appellant. [998 NYS2d 628]—

Judgment of resentence, Supreme Court, New York County (Jill Konviser, J.), rendered May 7, 2012, resentencing defendant to an aggregate term of 20 years, with four years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*People v Lingle*, 16 NY3d 621 [2011]). We perceive no basis for reducing the term of postrelease supervision.

We have considered and rejected defendant's remaining claims. Concur—Tom, J.P., Acosta, Saxe, Moskowitz and Feinman, JJ.